■ In the Matter of DYNAMIC FILMS, INC.— Motion for a stay granted on the conditions set forth in the order to show cause, dated December 27, 1962,

and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 24, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.